WILLIAM C. HENDEE, ADMINISTRATOR, ETC., RESPOND-
ENT, v. WILDWOOD AND DELAWARE BAY SHORT LINE
RAILROAD COMPANY, APPELLANT.

Submitted December 11, 1916—Decided March 5, 1917.

On appeal from the Supreme Court, whose opinion is re-
ported in 89 *N. J. L.* 32.

For the respondent, *William C. French* and *Samuel T.
French.*

For the appellant, *J. Fithian Tatem.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, HEP-
PENHEIMER, WILLIAMS, GARDNER, JJ.  11.

*For reversal*—None.